The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CARLOS DANIELS<br><br>　　　　　　　　　Defendant. | NO. CR21-069 RSM<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |

The Court having considered the Motion for Withdrawal, Declaration of the Attorney, and the file and records herein:

Now, therefore, it is hereby ordered that Michele Shaw is permitted to withdraw as defense counsel in this matter.

DONE this 20th day of February 2024.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

///

**ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL - 1**

**MICHELE SHAW, P.S.**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com

Presented by:

_s/ Michele Shaw_
MICHELE SHAW, WSBA #19561
Michele Shaw, P.S.
2125 Western Ave., #330
Seattle, WA 98121
Telephone: (206) 448-9612
Fax: (206) 319-5473
Email: michele@micheleshawlaw.com

**ORDER GRANTING MOTION
TO WITHDRAW AS COUNSEL - 2**

**MICHELE SHAW, P.S.**
Attorney at Law
2125 Western Ave #330
Seattle, WA 98121
Bus (206) 448-9612
Fax (206) 319-5473
michele@micheleshawlaw.com